UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-3137 |
| | ) | |
| BRUNO JOSEPH CUA, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Jonathan S. Jeffress respectfully requests to withdraw from this appeal as counsel for Bruno Joseph Cua. Mr. Jeffress previously entered his appearance on behalf of Mr. Cua on September 12, 2023.

Current co-counsel for Mr. Cua, William E. Zapf, also entered his appearance on behalf of Mr. Cua on September 12, 2023, and has been appointed to represent Mr. Cua in this appeal under the Criminal Justice Act. Mr. Zapf principally handled the work on Mr. Cua's case in the trial court and will remain counsel for Mr. Cua.

This case is in its early stages. Briefs have not yet been submitted and Mr. Jeffress has done no substantive work on the appeal.

Undersigned counsel have spoken with Mr. Cua, who consents to Mr. Jeffress's withdrawal and Mr. Zapf's continued representation in this appeal.

Accordingly, Mr. Jeffress respectfully requests that he be permitted to withdraw his appearance from this appeal.

                                        Respectfully submitted,

DATED: November 8, 2023          /s/ *Jonathan S. Jeffress*
                                               Jonathan S. Jeffress
                                               William E. Zapf
                                               KaiserDillon PLLC
                                               1099 14th Street, NW
                                               8th Floor West
                                               Washington, DC 20005
                                               T: (202) 640-2850
                                               F: (202) 280-1034
                                               jjeffress@kaiserdillon.com
                                               wzapf@kaiserdillon.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, and in accordance with Circuit Rule 28(c), Fed. R. App. P. 32(a)(5) and (a)(7)(B), the undersigned counsel certifies that the accompanying motion is printed in 14-point typeface, with serifs, and consists of no more than 5,200 words, including footnotes. According to the "Word Count" feature in Microsoft Word, the word-processing software program used to prepare the motion, it contains 150 words, excluding the caption, title, signature block, and certificates.

/s/ *William E. Zapf*
William E. Zapf
Attorney for Bruno Joseph Cua
Dated: November 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *William E. Zapf*
William E. Zapf
Attorney for Bruno Joseph Cua
Dated: November 8, 2023