# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-3137** | **September Term, 2023** |
| | 1:21-cr-00107-RDM-1 |
| | Filed On: November 21, 2023 [2028251] |

United States of America,

    Appellee

  v.

Bruno Joseph Cua,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 18, 2024 |
| Appendix | January 18, 2024 |
| Appellee's Brief | February 20, 2024 |
| Appellant's Reply Brief | March 12, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk