UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff-Appellee, ) | |
| ) | |
| v. ) | No. 23-3137 |
| ) | |
| BRUNO JOSEPH CUA, ) | |
| ) | |
|    Defendant-Appellant. ) | |
| ) | |
| _____ ) | |

## NOTICE OF CHANGE OF COUNSEL'S FIRM NAME AND CONTACT INFORMATION

Appellant Bruno Joseph Cua hereby notifies the Court and counsel of record that the name of the law firm representing Mr. Cua has changed from KaiserDillon PLLC to Kaiser PLLC. The firm's street address, telephone number, and fax number remain the same. The new email address for William E. Zapf is wzapf@kaiserlaw.com.

Please update the Court's docket and records accordingly.

                                          Respectfully submitted,

DATED: January 2, 2024          /s/ *William E. Zapf*
                                        William E. Zapf
                                        Kaiser PLLC
                                        1099 14th Street, NW
                                        8th Floor West
                                        Washington, DC 20005
                                        T: (202) 640-2850
                                        F: (202) 280-1034
                                        wzapf@kaiserlaw.com

                                        *Counsel for Bruno Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

    /s/ *William E. Zapf*
William E. Zapf
Attorney for Bruno Joseph Cua