# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3137**                                  **September Term, 2023**

1:21-cr-00107-RDM-1

**Filed On: January 2, 2024** [2034078]

United States of America,

    Appellee

v.

Bruno Joseph Cua,

    Appellant

## O R D E R

Upon consideration of the joint motion to suspend briefing schedule, it is

**ORDERED** that this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 14 days of the Supreme Court's disposition of <u>Fischer v. United States</u>, No. 23-5572 (cert. granted Dec. 13, 2023).

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:    /s/
                    Catherine J. Lavender
                    Deputy Clerk